**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CART.COM, INC., Plaintiff, | ) | |
| v. | ) | No. 2:26-cv-02712-SHL-cgc |
| CONTINUUM SOLUTIONS, Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR CONTINUANCE**

Before the Court is an email request from Plaintiff Cart.com, on behalf of all parties, seeking to continue the scheduling conference set for October 9, 2026, at 1:00 p.m., and requesting additional time to submit a proposed joint scheduling order. The Court construes the email request as an unopposed motion to continue the scheduling conference.

The motion is **GRANTED**. The parties shall submit their proposed joint scheduling order by October 23, 2026, and the scheduling conference is **RESET** to Tuesday, October 27, 2026, at 2:00 p.m. via Microsoft Teams. If the matter does settle, please notify the Court.

**IT IS SO ORDERED,** this 8th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE