**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| CART.COM, INC.,<br>Plaintiff,<br><br>v.<br><br>CONTINUUM SOLUTIONS, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02712-SHL-cgc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendant Continuum Solutions, LLC's Notice of Removal, (ECF No. 1), filed June 21, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, (ECF No. 54), and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in this matter are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 21, 2026
Date